# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# THOMASVILLE DIVISION

| | |
|---|---|
| **JEROME JACKSON,** : | |
| Petitioner, : | |
| v. : | Civil Action No. 6:06-cv-24(HL) |
| **BILLY BROWN,** : | |
| Respondent. : | |

## ORDER

This matter is before the Court on the Report and Recommendation (Doc. 13) of United States Magistrate Judge G. Mallon Faircloth entered on August 1, 2006. Petitioner, Jerome Jackson, has filed written objections (Doc. 15), as permitted by 28 U.S.C. § 636(b)(1). After review of the objections and de novo determination of those portions of the Report to which objection is made, the Court accepts the Recommendation. The Court agrees with the Magistrate Judge that Jackson's petition is untimely, and also agrees with the Magistrate Judge that Jackson has failed to make the necessary showing for obtaining federal review despite the untimeliness of his petition. *See, e.g.,* House v. Bell, ____ U.S. ____, 126 S. Ct. 2064 (2006). Therefore, Jackson's petition for relief, brought pursuant to 28 U.S.C. § 2254, is hereby dismissed.

**SO ORDERED**, this the 11th day of December, 2006.

s/  Hugh Lawson
**HUGH LAWSON, JUDGE**

mls