IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
THOMASVILLE DIVISION

| | | |
|---|---|---|
| JEROME JACKSON, | : | |
| Petitioner | : | |
| VS. | : | NO. 6:06-CV-24 (HL) |
| BILLY BROWN, | : | |
| Respondent | : | **O R D E R** |

On December 29, 2006, petitioner **JEROME JACKSON** filed a notice of appeal and an application for certificate of appealability ("COA") from the Court's December 11, 2006 order, which adopted Magistrate Judge G. Mallon Faircloth's recommendation that petitioner's 28 U.S.C. § 2254 motion be denied.

To permit the petitioner to prosecute his appeal of the judgment of this Court denying his habeas petition, this Court is required to issue a COA. 28 U.S.C. § 2253(c); *Edwards v. United States*, 114 F.3d 1083 (11th Cir. 1997). Under section 2253(c), a COA may issue only if the applicant has made a substantial showing of the denial of a constitutional right. For the reasons stated in the Magistrate Judge's recommendation and this Court's order accepting the same, the Court finds that petitioner has not made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(2). Accordingly, the application for a COA is **DENIED**.

**SO ORDERED**, this 8th day of January, 2007.

                                                 **s/ Hugh Lawson**
                                                 HUGH LAWSON
                                                 UNITED STATES DISTRICT JUDGE

cr